# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK DAIGREPONT

VERSUS

EXXON MOBIL CORPORATION,
EXXONMOBILE OIL CORPORATION,
EXXONMOBIL PIPELINE COMPANY,
TURNER INDUSTRIES GROUP,
LLC, TURNER INDUSTRIAL
MAINTENANCE, LLC, AND
FLOWSERVE US, INC.

<u>CONSOLIDATED WITH</u>

RODNEY WANNER

VERSUS

EXXON MOBIL CORPORATION,
EXXONMOBIL GLOBAL SERVICES
COMPANY, EXXONMOBIL CHEMICAL
COMPANY, EXXONMOBIL RESEARCH
& ENGINEERING COMPANY, BROCK
INDUSTRIAL SERVICES, LLC,
TOTAL SAFETY U.S., INC.,
UNITED RENTALS (NORTH
AMERICA), INC., FLOWSERVE US
INC., AND JONATHON ZACHARY

NO. 2023 CW 1231

**JANUARY 29, 2024**

---

In Re:   Flowserve US Inc., applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 657026 c/w 658372.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED.** This writ is dismissed pursuant to a
motion to dismiss application for supervisory writ filed by
relator stating that the claims between plaintiff and relator
have been compromised and settled.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
    FOR THE COURT